BEE ESS GARMENT Co., INC., v. GEORGE GILCHRIST and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

SIMEON NIKULNIKOFF, Appellant, v. RUSSIAN ORTHODOX DIOCESAN TRUSTEES, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [142 Misc. 894.]

WILLIAM KEARNEY, an Infant, over Fourteen Years of Age, by JEREMIAH KEARNEY, His Guardian ad Litem, and JEREMIAH KEARNEY, Respondents, v. SOPHIA MAYER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MIDCITY REALTY CORPORATION, Respondent, v. EDMUND UHRY and Others, as Executors, etc., of HENRY WOLBURG, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BERNARD C. WOLPER, Respondent, v. EMANUEL M. COHAN and NAT SISSELMAN, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

165 BROADWAY REALTY CORPORATION, Landlord, Appellant, v. WEBER & HEILBRONER, INC., Tenant, Respondent, FASHION PARK ASSOCIATES, INC., Tenant's Assignee, Respondent. Summary Proceedings Nos. 1 and 2. (Consolidated Appeals.) Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [143 Misc. 672.]

HOWARD W. AMBRUSTER, Respondent, v. THE ANGLO-SOUTH AMERICAN TRUST COMPANY and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ANDON E. ANDON, Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ABRAHAM S. ZUGSMITH, Appellant, v. LESTER R. Moss and Others, Respondents. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MILLIE E. VOJIK, Respondent, v. ELLIOTT M. ANDERSON, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merell, McAvoy, Martin and Sherman, JJ.